OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:  C.A.# _07-213 \* \* \*_____

CASE CAPTION: _Witcher_____ v. _Murray H. Witcher, Jr._

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

      I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received _6-8-07_____   Signed: _Phyllis H. Witcher_____
by Plaintiff:                                  Pro Se Plaintiff

Date Received _6-8-07_____   Signed: _[signature]_____
by Clerk's office:                             Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_N/A_____
Date mailed

_Ronald Golden_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04