AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Phyllis H. Witcher,
      Plaintiff
  V.

Murray H. Witcher, Jr.,
      Defednant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   07-213 ✷✷✷

TO: (Name and address of Defendant)

Murray H. Witcher, Jr.
214 Steeplechase Circle
Wilmington, DE   19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Phyllis H. Witcher, pro se
2304 Riddle Ave. C2
Wilmington, DE   19806

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JUN 0 8 2007

CLERK                                         DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  6/11/07 |
| NAME OF SERVER (PRINT)  Jeffrey Low | TITLE  Legal Courier |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 214 Steeplechase Cir Wilmington, DE 19808

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $40.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/07
        Date

Signature of Server

827 N. King St.
Wilmington, DE  19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.